# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael A. Hangman,

          Plaintiff,

v.

Sgt. Franklin, Paul Schnell,

          Defendant.

Case No. 21-cv-992 (SRN/KMM)

**ORDER**

Michael A. Hangman, OID# 251950, Woodbury County Jail, P.O. Box 3083, Sioux City, IA 55102, Plaintiff pro se.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated August 23, 2021.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.  It is also Ordered that the pending application to proceed in forma pauperis [Doc. No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 27, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge